IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>RICK KARNES, and O'NEILL VENTURES, LLC,<br><br>　　　　　Defendants. | 4:19CR3051<br><br>**ORDER** |

Based on the representations of defense counsel, the defendants and their attorneys have additional documents and discovery to review before they can decide how this case should be progressed, and whether pretrial motions are necessary. The court finds it is unreasonable to expect counsel and Defendant to be adequately prepared for trial within the time limits of the Speedy Trial Act, and this case should continue to be excluded from those time limitations of the Speedy Trial Act so it can be fairly and justly resolved. Accordingly,

　　IT IS ORDERED:

1) A trial date will not be set at this time. Instead, an additional status conference will be held before the undersigned magistrate judge at 2:00 p.m. on November 12, 2019 by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 15), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

2) Based on the representations of defense counsel, and with their agreement, the Court further finds that the time between today's date and November 12, 2019 is excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act. 18 U.S.C. 3161(h)(7)(B)(ii).

August 13, 2019　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge