IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>RICK KARNES, and O'NEILL VENTURES, LLC,<br><br>                Defendants. | **4:19CR3051**<br><br>**ORDER** |

During the conference call was held today, defense counsel informed the court that the parties are currently engaged in plea negotiations. Defendants ask the court for additional time to complete those discussions before placing this case on the trial calendar. The government does not object. The court finds that in the interests of justice will be served by further continuing the setting of a trial date. Accordingly,

    IT IS ORDERED:

1) A trial date will not be set at this time. Instead, a status conference will be held before the undersigned magistrate judge at 10:00 a.m. on February 26, 2020 by telephone. All participants shall use the conferencing information provided by the court to participate in the call. Counsel for the parties shall be present at the conference.

2) The Court further finds that in the interest of justice, the time between today's date and February 26, 2020 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been diligent, additional time is needed to fully explore the appropriate course of action for resolving this case. 18 U.S.C. 3161(h)(7).

January 22, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge