IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19-CR-3051 |
| vs. | |
| RICK KARNES and O'NEILL VENTURES, INC., | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Forfeiture Allegation (filing 39). Pursuant to Fed. R. Crim. P. 48(a), leave of court is given for dismissal of the forfeiture allegation.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Forfeiture Allegation (filing 39) is granted.

2. The forfeiture allegation of the indictment (filing 1) is dismissed.

Dated this 28th day of February, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge